```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

**Dubliner, Inc.**
      **Plaintiff,**

                                CA No. 1:23-cv-10567
    v.

**East Coast Tavern Group, Inc. et al**
      **Defendants**


ORDER OF RECUSAL

BURROUGHS, D.J.

    I hereby disqualify myself in this proceeding pursuant to 28 U.S.C. ' 455 (a). The case will be redrawn to another district judge in the Eastern Division.

SO ORDERED.

                                            /s/ Allison D. Burroughs
                                            Allison D. Burroughs
                                            United States District Judge

Dated: 8/22/2024