UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DUBLINER, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EAST COAST TAVERN GROUP, INC. )<br>and INISHOWEN, INC., )<br>)<br>Defendants. )<br>) | Case No. 1:23-cv-10567-RGS<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF MEGAN M. NEW IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DEFENDANTS' <u>DAMAGES EXPERT DOUG BANIA</u>

I am an attorney representing Plaintiff Dubliner, Inc. ("Plaintiff") in this proceeding. I am over the age of eighteen (18) and make this declaration based on my personal knowledge. I am able to testify to the matters set forth herein if called to do so.

1. Attached hereto as **Exhibit A** is a true and accurate copy of the expert report of W. Todd Schoettelkotte.

2. Attached hereto as **Exhibit B** is a true and correct copy of the expert report of Dr. Lilly Jan.

3. Attached hereto as **Exhibit C** is a true and correct copy of the expert report of Doug Bania.

4. Attached hereto as **Exhibit D** is a true and correct copy of a screen capture of Dr. Lilly Jan's faculty page from Cornell University.

I hereby declare under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of April, 2025 in Chicago, Illinois.

                By:    */s/ Megan M. New*
                          Megan M. New