UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DUBLINER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-10567-RGS |
| v. ) | |
| ) | |
| EAST COAST TAVERN GROUP, INC. ) | **JURY TRIAL DEMANDED** |
| and INISHOWEN, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL PORTIONS OF
ITS MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Dubliner, Inc. ("Plaintiff") hereby moves pursuant to Local Rule 7.2 for leave to file under seal portions of its Memorandum In Support Of Plaintiff's Motion For Summary Judgment ("Plaintiff's Motion") and supporting exhibits. As grounds for this motion, Plaintiff states the following:

1. Plaintiff seeks to file under seal the following documents, which Plaintiff has designated confidential pursuant to the Protective Order in this matter [Dkt. No. 34]:

- Exhibit 21, DUBL_00038345-62
- Exhibit 22, DUBL_00038536
- Ex. 24 DUBL_00001025, DUBL_00038531
- Ex. 32, DUBL_00038423
- Ex. 34, DUBL_00001286
- Ex. 35 DUBL_00001054
- Ex. 36 DUBL_00007263
- Ex. 37 DUBL_00019907
- Ex. 38 DUBL_00006197
- Ex. 40 DUBL_00038006
- Ex. 42 DUBL_00027342
- Ex. 43 DUBL_00027342
- Ex. 44 DUBL_00038011
- Ex. 47 DUBL_00038247

- Ex. 49 DUBL_00038018

7.  Plaintiff intends to file redacted copies on the public docket within seven (7) working days.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file under seal an unredacted version of the above documents.

Dated: April 7, 2025

Respectfully submitted,

DUBLINER, INC.,

By its attorneys,
/s/ *John T. Gabrielides*
Heather B. Repicky (BBO # 663347)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5310
Fax: (617) 316-5311
hrepicky@btlaw.com

John Gabrielides (*pro hac vice*)
Megan M. New (*pro hac vice*)
Alexis N. Degler (*pro hac vice*)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606

Tel: (312) 357-1313
Fax: (312) 357-5646
jgabrielides@btlaw.com
mnew@btlaw.com
adegler@btlaw.com

## **RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that counsel for the parties conferred on the subject of this motion. Defendants do not oppose Plaintiff filing under seal material that Defendant has designated under the Protective Order. Defendants take no position on Plaintiff filing under seal material that Plaintiff designated under the Protective Order.

*/s/ Megan M. New*

## **CERTIFICATE OF SERVICE**

I certify that on April 7, 2025, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and, if not so registered, that paper copies will be emailed to such parties or their counsel.

*/s/ John T. Gabrielides*