UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUBLINER, INC.,<br>        Plaintiff,<br><br>        v.<br><br>EAST COAST TAVERN GROUP, INC. and INISHOWEN INC,<br><br>        Defendants. | Case No. 23-cv-10567<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

# [FILED UNDER SEAL]

John T. Gabrielides (*pro hac vice*)
Megan M. New (*pro hac vice*)
Alexis Degler (*pro hac vice*)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 357-1313
Fax: (312) 357-5646
jgabrielides@btlaw.com
mnew@btlaw.com
alexis.degler@btlaw.com

Heather B. Repicky (BBO # 663347)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5310
Fax: (617) 316-5311
hrepicky@btlaw.com
*Attorneys for Plaintiff*