# EXHIBIT A

**Ex. A to Defendants' Opposition to Plaintiff's Motion for Summary Judgment**

| Plaintiff/Licensees | Inishowen |
|---|---|
|  | |

D-SAMF 24-30.

D-SAMF 23.