UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DUBLINER, INC., ) | ) |
| Plaintiff, ) | ) Case No. 1:23-cv-10567-RGS |
| v. ) | ) |
| EAST COAST TAVERN GROUP, INC. ) and INISHOWEN, INC., ) | ) **JURY TRIAL DEMANDED** |
| Defendants. ) | ) |

### DECLARATION OF MEGAN M. NEW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

I am an attorney representing Plaintiff Dubliner, Inc. ("Plaintiff") in this proceeding. I am over the age of eighteen (18) and make this declaration based on my personal knowledge. I am able to testify to the matters set forth herein if called to do so.

1. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiff's January 8, 2025 Supplemental Responses and Objections to Defendants' Interrogatory Nos. 3, 4, 5, 7, 8, 9, 10, and 12.

2. Defendants' Interrogatory No. 7 asked Plaintiff to "[i]dentify and Describe in Detail all instances or circumstances of which Plaintiff is aware where a member of the public or a third party is, was, or may have been, confused (or was not, or may not have been, confused) between Plaintiff and/or the Asserted Marks on the one hand, and Another Dubliner Mark or the Dubliner Boston Mark on the other; and Identify three people with the most complete knowledge concerning the subject matter of this interrogatory." In response to that Interrogatory, Plaintiff identified several instances of confusion, including the instances of actual confusion that occurred before the discovery deadline and were discussed in the Fahey, Beard and Walker Declarations.

3.  The Declaration of Patrick Fahey, Dkt. No. 87-1, Ex. B (G. Coleman Decl.) at Ex 41 (Fahey First Decl.), attaches Plaintiff's production documents DUBL_00016528 and DUBL_00017384, which relate to instances of actual confusion that occurred prior to the discovery deadline and were produced to Defendants on November 12, 2024. Both of these documents identify Mr. Fahey, Mr. Beard, and Mr. Walker in the "To" line.

4.  The Declaration of Patrick Fahey also attaches Plaintiff's production documents DUBL_00038555, DUBL_00038570, and DUBL_00038571, which relate to instances of actual confusion that took place after the close of discovery and were produced to Defendants on April 6, 2025.

5.  The Declaration of Tyler Beard, Dkt. No, 87-1, Ex. B (G. Coleman Decl.) at Ex. 42 (Beard Decl.), attaches DUBL_00027342, which relates to an instance of actual confusion that occurred prior to the discovery deadline and was produced to Defendants on November 12, 2024. This document was sent by Mr. Beard and includes Mr. Fahey and Mr. Walker in the "To" line.

6.  The Declaration of Tyler Beard also attaches Plaintiff's production documents DUBL_00038556, DUBL_00038558, DUBL_00038560, and DUBL_00038568, which relate to instances of actual confusion that took place after the close of discovery and were produced to Defendants on April 6, 2025.

7.  For the Court's reference, the chart below identifies where and when the information contained in and/or attached to the Fahey, Beard, and Walker Declarations was produced to Defendants:

| Declarant Statement | Date of Confusion/Event | Information Provided to Defendants |
|---|---|---|
| **Instances of Confusion Before Fact Discovery Deadline** | | |
| Fahey First Decl. ¶ 3, Bullet 1 | 9/18/2023 | DUBL_00017384, Produced November 12, 2024 |
| Fahey First Decl. ¶ 4 | 11/2023 | Pl.'s April 12, 2024 First Supp. Resp. to Defs.' Interrog. No. 7 |

2

| | | |
|---|---|---|
| Beard ¶ 3, Bullet 1 | 12/29/2024 | Pl.'s January 8, 2025 Second Supp. Resp. to Defendants' Interrog No. 7 |
| Beard, Tyler | 11/2/2023 | DUBL_00027342, Produced November 12, 2024 |
| Walker ¶ 4 | Ongoing | Pl.'s April 12, 2024 First Supp. Resp. to Defs.' Interrog. No. 7 |
| Walker ¶ 5 | Ongoing | Pl.'s April 12, 2024 First Supp. Resp. to Defs.' Interrog. No. 7 |
| **Instances of Confusion After Fact Discovery Deadline** | | |
| Fahey First Decl. ¶ 3, Bullets 2, 3 | 1/18/2025 | DUBL_00038555, produced April 6, 2025 |
| Fahey First Decl. ¶ 3, Bullet 4 | 3/28/2025 | DUBL_00038570, produced April 6, 2025 |
| Fahey First Decl. ¶ 3, Bullet 4 | 3/28/2025 | DUBL_00038571-38572, produced April 6, 2025 |
| Fahey Second Decl. ¶¶ 3-4 Declaration) | 4/6/2025 | No corresponding document |
| Beard ¶ 3, Bullet 2 | 2/10/2025 | DUBL_00038556-38557, produced April 6, 2025 |
| Beard ¶ 3, Bullet 3 | 2/21/2025 | DUBL_00038558-38559, produced April 6, 2025 |
| Beard ¶ 3, Bullet 4 | 2/24/2025 | DUBL_00038560-38561, produced April 6, 2025 |
| Beard ¶ 3, Bullet 5 | 3/24/2025 | DUBL_00038568-38569, produced April 6, 2025 |

8.  Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the January 13, 2025 Rule 30(b)(6) Deposition of Gavin Coleman.

9.  Attached hereto as **Exhibit C** is a true and accurate copy of excerpts of the January 10, 2025 Deposition of Danny Coleman.

10. Attached hereto as **Exhibit D** is a true and accurate copy of an email chain between the parties' counsel regarding the scheduling of the depositions of Dr. Lilly Jan and Mr. Todd Schoettelkotte.

11.     Attached hereto as **Exhibit E** is a true and accurate copy of an email from Defendants' counsel attaching deposition notices for Plaintiff's witnesses, Danny and Gavin Coleman.

12.     Attached hereto as **Exhibit F** is a true and accurate copy of excerpts of the January 6, 2025 30(b)(6) and 30(b)(1) Deposition of Oran McGonagle.

13.     Attached hereto as **Exhibit G** is a true and accurate copy of a January 8-9, 2025 email chain between the parties' counsel.

*     *

I hereby declare under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of May, 2025 in San Diego, California.


                By:     */s/ Megan M. New*
                        Megan M. New